UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

PICACHO HILLS UTILITY COMPANY, INC.,

Case No. 13-10742 tl7

Debtor.

## ORDER DENYING MOTION TO RECONSIDER

Before the Court is Debtor's Motion to Reconsider Memorandum Opinion Under 11 USCA § 502(J), filed August 29, 2014, doc. 225 (the "Motion"). For the reasons set forth in the Opinion entered herewith, the Court finds that the Motion is not well taken and should be denied.

IT IS THEREFORE ORDERED that the Motion is denied.

_____
Hon. David T. Thuma
United States Bankruptcy Judge

Entered: January 24, 2020

Copies to:    Electronic notice recipients

Stephen Blanco
P.O. Box 250
Fairacres, NM 88033